IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PENA, | 1:10-cv-01339-SMS (PC) |
|     Plaintiff, | ORDER TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
|     vs. | |
| C. MARTIN, et al., | (Doc. 2) |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the form filed by Plaintiff does not contain the requisite authorization for the deduction of the filing fee from Plaintiff's prison trust account.

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff shall either file an application to proceed in forma pauperis using the form provided by the Court with this order or pay the $350.00 filing fee in full. **No request for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   July 30, 2010**                              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE